

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Angelo A. Stio III
stioa@pepperlaw.com
(609) 951-4125

November 7, 2017

**PUBLIC REDACTED VERSION**

VIA ECF

Honorable Mark Falk, U.S.M.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Room 457
Newark, NJ 07101

      Re:    *Eagle Pharmaceuticals, Inc. v. Eli Lilly and Company*,
               No. 17-cv-06415-JMV-MF

Dear Judge Falk:

      The undersigned, along with co-counsel at Williams & Connolly LLP, represent Defendant Eli Lilly and Company ("Lilly") in the above-referenced matter.

      The Court has scheduled a Rule 16 conference for December 1, 2017, and ordered the parties to exchange certain Rule 26 disclosures in advance of that conference. ECF No. 19. For the reasons set forth below, Lilly respectfully requests that the Court adjourn the scheduling conference until Lilly's pending Motion to Transfer or Stay (the "Motion," at ECF No. 15) this action—scheduled to be fully briefed by November 13, 2017—is decided by the Court.





**PUBLIC REDACTED VERSION**



Lilly therefore respectfully requests that Your Honor adjourn the scheduling conference pending resolution of the Motion.

We conferred with Eagle's counsel about this adjournment request and further advised Eagle's counsel that we would be submitting this application to the Court today. Eagle's counsel advised that Eagle will submit its own letter to the Court setting forth Eagle's response to the adjournment request.

If the Court has any questions ▌, my office would be happy to coordinate schedules of all counsel and initiate a conference call with the Court.

                Respectfully,

                s/ Angelo A. Stio III

                Angelo A. Stio III

cc:  All Counsel via ECF