Liza M. Walsh
Marc D. Haefner
Christine I. Gannon
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, N.J. 07102
(973) 757-1100

*Attorneys for Plaintiff*
*Eagle Pharmaceuticals, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. 2:17-cv-06415 (JMV-MF)<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**Return Date: January 2, 2018**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on January 2, 2018, or as soon thereafter as counsel can be heard, the undersigned counsel for Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle")[1], will move before the Honorable Mark Falk, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, pursuant to Local Civil Rule 5.3(c), for an Order to Seal the following filings, or portions thereof:

    (1) Defendant Eli Lilly & Company's ("Lilly") Answer (D.E. 12);

---

[1] Because only Eagle's Confidential and/or Highly Confidential is the subject of the instant motion, Defendant Eli Lilly & Company has asked that it not be named as a movant herein.

(2) Lilly's Brief in Support of Motion to Transfer or Stay, and Declaration of Angelo A. Stio, III with Exhibit D annexed thereto (D.E. 15);

(3) Eagle's Opposition to Lilly's Motion to Transfer or Stay (D.E. 20);

(4) Lilly's November 7, 2017 Letter to the Hon. Mark Falk, U.S.M.J. (D.E. 22);

(5) Eagle's November 9, 2017 Letter to the Hon. Mark Falk, U.S.M.J. (D.E. 25); and

(6) Lilly's Reply Brief in Further Support of its Motion to Transfer or Stay (D.E. 30).

**PLEASE TAKE FURTHER NOTICE THAT** Eagle shall rely upon the accompanying Certification of Christine I. Gannon, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE THAT** Defendant Eli Lilly & Company does not oppose the relief requested herein.

Dated: November 30, 2017

Respectfully submitted,

By: *s/Liza M. Walsh*
Liza M. Walsh
Marc D. Haefner
Christine I. Gannon
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, N.J. 07102
(973) 757-1100

*Of Counsel:*
Jay P. Lefkowitz, P.C. (to be admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Karen N. Walker, P.C. (to be admitted *pro hac vice*)
Michael D. Shumsky (to be admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

*Attorneys for Plaintiff*
*Eagle Pharmaceuticals, Inc.*